In re: **Bischoff's Medical Supplies, Inc.**  
Debtor

Case No. 09-31594  
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1635 Divisadero St. Med. Bldg, LLC<br>3636 Buchannan St.<br>San Francisco, CA 94123 | San Francisco store/lease<br>1635 Divisadero St., #105<br>San Francisco, CA 94115 |
| Placer Partners, LLC<br>564 N. Sunrise ave.<br>Roseville, CA 95561 | Citris Heights store/lease<br>7700 Sunrise Ave., #1300<br>Citrus Heights, CA 95610 |
| Tiner Properties<br>6837 Fair Oaks Blvd.<br>Carmichael, CA 95608 | Sacramento store/lease<br>2590 Alta Arden Exprswy<br>Sacramento, CA 95825 |
| Wurlitzer trust c/o Bank of America<br>PO Box 841217<br>Dallas, TX 75284 | Burlingame store/lease<br>1465 Chapin Ave.<br>Burlingame, CA 94010 |