MARK GORTON (CA Bar No. 99312)
THOMAS G. MOUZES (CA Bar. No. 99446)
MARY E. OLDEN (CA Bar No. 109373)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.8334
Email: mgorton@mhalaw.com
        molden@mhalaw.com

Attorneys for 1635 Divisadero Medical Building, LLC,
a Delaware limited liability company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re | Case No. 09-31594 DM |
| | Chapter 7 |
| **BISCHOFF'S MEDICAL SUPPLIES, INC.,** | **NOTICE OF HEARING ON MOTION OF 1635 DIVISADERO MEDICAL BUILDING, LLC FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM BASED ON UNPAID POSTPETITION RENT** |
| Debtor. | Date:   June 11, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 22<br>        235 Pine Street, 22nd Floor<br>        San Francisco, CA<br>Judge:  Hon. Dennis Montali |

PLEASE TAKE NOTICE that on June 11, 2010, at 10:00 a.m., in Courtroom 22 of the Honorable Dennis Montali, located at 235 Pine Street, 22nd Floor, San Francisco, California, 1635 Divisadero Medical Building, LLC, a Delaware limited liability company ("Landlord") will and hereby does move the Court (the "Motion") for allowance of a Chapter 11 Administrative Expense in the amount of $43,843.62, comprised of unpaid postpetition presurrender rent of $40,843.62 and attorneys fees of $3,000.

- 1 -

Notice of Hearing on Motion of 1635 Divisadero Medical Building, LLC for Allowance of Chapter 11 Administrative Expense Claim Based on Unpaid Postpetition Rent

1315784v1 80104/0003

Case: 09-31594    Doc# 65    Filed: 05/18/10    Entered: 05/18/10 15:22:40    Page 1 of 2

1    The Motion is made pursuant to Bankruptcy Code sections 503(a), 503(b)(1), 365(d)(3) and

2    726(b)(11 U.S.C. §§503(a), 503(b)(1), 365(d)(3) and 726(b)).

3        The Motion is based on this Notice of Motion and Motion and the Memorandum of Points

4    and Authorities set forth below, the supporting Declaration of Elaine A. Reyff ("Reyff

5    Declaration") filed herewith, the record in this case and any admissible evidence presented to the

6    Court at or prior to the hearing on this Motion.

7        PLEASE TAKE FURTHER NOTICE that pursuant to Rule 9014-1(c)(2) of the Bankruptcy

8    Local Rules of the United States District Court for the Northern District of California, any

9    opposition to the Motion and the relief requested must be filed with the Bankruptcy Court and

10   served upon the appropriate parties (including counsel for Landlord) at least seven (7) days prior to

11   the scheduled hearing date.  If there is not timely objection to the requested relief, the Court may

12   enter an order granting such relief without further hearing.

13   DATED:  May 18, 2010.

14

15                                          McDONOUGH HOLLAND & ALLEN PC
                                            Attorneys at Law

16

17                                          By:  _____/s/ Mark Gorton_____
                                                      Mark Gorton
18

19                                          Attorneys for Landlord
                                            1635 Divisadero Medical Building, LLC
20

21

22

23

24

25

26

27

28

- 2 -

Notice of Hearing on Motion of 1635 Divisadero Medical Building, LLC for        1315784v1 80104/0003
Allowance of Chapter 11 Administrative Expense Claim Based on Unpaid
Postpetition Rent

Case: 09-31594   Doc# 65   Filed: 05/18/10   Entered: 05/18/10 15:22:40   Page 2 of 2

MHA
McDonough Holland & Allen PC
Attorneys at Law