MARK GORTON (CA Bar No. 99312)
THOMAS G. MOUZES (CA Bar. No. 99446)
MARY E. OLDEN (CA Bar No. 109373)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax: 916.444.8334
Email: mgorton@mhalaw.com
molden@mhalaw.com

Attorneys for 1635 Divisadero Medical Building, LLC,
a Delaware limited liability company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

In re

BISCHOFF'S MEDICAL SUPPLIES, INC.,

Debtor.

Case No. 09-31594 DM

Chapter 7

MOTION OF 1635 DIVISADERO MEDICAL BUILDING, LLC FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM BASED ON UNPAID POSTPETITION RENT

Date: June 11, 2010
Time: 10:00 a.m.
Place: Courtroom 22
235 Pine Street, 22nd Floor
San Francisco, CA
Judge: Hon. Dennis Montali

1635 Divisadero Medical Building, LLC, a Delaware limited liability company ("Landlord") will and hereby does move the Court (the "Motion") for allowance of a Chapter 11 Administrative Expense in the amount of $43,843.62, comprised of unpaid postpetition presurrender rent of $40,843.62 and attorneys fees of $3,000.

The Motion is made pursuant to Bankruptcy Code sections 503(a), 503(b)(1), 365(d)(3) and 726(b)(11 U.S.C. §§503(a), 503(b)(1), 365(d)(3) and 726(b)).

- 1 -

Motion of 1635 Divisadero Medical Building, LLC for Allowance of
Chapter 11 Administrative Expense Claim Based on Unpaid Postpetition Rent

1313646v3 80104/0003

Case: 09-31594  Doc# 66  Filed: 05/18/10  Entered: 05/18/10 15:25:03  Page 1 of 2

The Motion is based on the Notice of Motion and the Memorandum of Points and Authorities set forth below, the supporting Declaration of Elaine A. Reyff ("Reyff Declaration") filed herewith, the record in this case and any admissible evidence presented to the Court at or prior to the hearing on this Motion.

DATED: May 18, 2010.

        McDONOUGH HOLLAND & ALLEN PC
        Attorneys at Law

By:    /s/ Mark Gorton
        Mark Gorton

Attorneys for Landlord
1635 Divisadero Medical Building, LLC

- 2 -

Motion of 1635 Divisadero Medical Building, LLC for allowance of
Chapter 11 Administrative Expense Claim Based on Unpaid Postpetition Rent

1313646v3 80104/0003

Case: 09-31594    Doc# 66    Filed: 05/18/10    Entered: 05/18/10 15:25:03    Page 2 of 2