MARK GORTON (CA Bar No. 99312)
THOMAS G. MOUZES (CA Bar No. 99446)
MARY E. OLDEN (CA Bar No. 109373)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
500 Capitol Mall, 18th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.8334
Email: mgorton@mhalaw.com
       tmouzes@mhalaw.com
       molden@mhalaw.com

Attorneys for 1635 Divisadero Medical Building, LLC,
a Delaware limited liability company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>**BISCHOFF'S MEDICAL SUPPLIES, INC.,**<br><br>Debtor. | **Case No. 09-31594 DM**<br><br>**Chapter 7**<br><br>**PROOF OF SERVICE RE**<br><br>**MOTION OF 1635 DIVISADERO MEDICAL BUILDING, LLC FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM BASED ON UNPAID POSTPETITION RENT**<br><br>Date: June 11, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 22<br>       235 Pine Street, 22nd Floor<br>       San Francisco, CA<br>Judge: Hon. Dennis Montali |

# PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 500 Capitol Mall, 18th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On May 18, 2010, I served the within:

1. **NOTICE OF HEARING ON MOTION OF 1635 DIVISADERO MEDICAL BUILDING, LLC FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM BASED ON UNPAID POSTPETITION RENT**

2. **MOTION OF 1635 DIVISADERO MEDICAL BUILDING, LLC FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM BASED ON UNPAID POSTPETITION RENT**

3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF 1635 DIVISADERO MEDICAL BUILDING, LLC FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM BASED ON UNPAID POSTPETITION RENT**

4. **DECLARATION OF ELAINE A. REYFF IN SUPPORT OF MOTION OF 1635 DIVISADERO MEDICAL BUILDING, LLC FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM BASED ON UNPAID POSTPETITION RENT**

[X] **(by mail)** on all parties in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

| | |
|---|---|
| Bischoff's Medical Supplies, Inc.<br>PO Box 97<br>Brownsvalley, CA  95918 | Debtor |
| William J. Healy<br>Campeau, Goodsell and Smith<br>440 N. 1st St. #100<br>San Jose, CA  95112 | Debtor's Attorney |
| Edward Bischoff<br>c/o Bischoff's Medical Supplies, Inc.<br>1635 Divisadero St., #105<br>San Francisco, CA  94115 | Responsible Individual |
| Edward Bischoff, President<br>c/o Bischoff's Medical Supplies, Inc.<br>PO Box 97<br>Brownsvalley, CA  95918 | Responsible Individual |

| | | |
|---|---|---|
| 1 | Janina M. Elder<br>PO Box 158<br>Middletown, CA  95461 | Trustee |
| 2 | | |
| 3 | Michael A. Isaacs<br>Luce, Forward, Hamilton and Scripps<br>121 Spear St., #200<br>San Francisco, CA  94105 | Attorneys for Trustee |
| 4 | | |
| 5 | | |
| 6 | Office of the U.S. Trustee/SF<br>Office of the U.S. Trustee<br>230 Pine Street, Suite 700<br>San Francisco, CA  94104 | U.S. Trustee |
| 7 | | |
| 8 | Medline Industries, Inc.<br>Attn:  Anne Kisha<br>One Medline Place<br>Mundelein, IL  60060 | Request for Special Notice<br>Medline Industries, Inc. |
| 9 | | |
| 10 | | |
| 11 | Jennifer C. Johnson, Esq.<br>CARR, McCLELLAN, INGERSOLL,<br>THOMPSON & HORN<br>Professional Corporation<br>216 Park Road<br>PO Box 513<br>Burlingame, CA  94011-0513 | Attorneys for Claimant, Bank of America, N.A., Dorothy R. Wurlitzer and Lindsay P. Wurlitzer, as co-trustees of the Raimund B. Wurlitzer Revocable Inter Vivos Trust, dated January 29, 1981 |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | State of California<br>Attn:  Rebecca Estonilo, Franchise Tax Board<br>Claim Agent<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA  95812-2952 | Request for Special Notice<br>Franchise Tax Board |
| 16 | | |
| 17 | | |
| 18 | | |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 18, 2010, at Sacramento, California.

                                                              /s/ Carmelia V. Domingo<br>
                                                            CARMELIA V. DOMINGO