# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re: BISCHOFF'S MEDICAL SUPPLIES, INC.        §   Case No.  09-31594
                                      §
                                      §

Debtor(s)                              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 11 of the United States Bankruptcy Code was filed on June 09, 2009.   The case was converted to one under Chapter 7 on January 12, 2010. The undersigned trustee was appointed on January 12, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of         $_____41,220.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 883.61 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 40,336.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was 05/18/2010 and the deadline for filing governmental claims was 07/12/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,872.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,872.00, for a total compensation of $4,872.00. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of  $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  12/20/2010          By:/s/Janina M. Hoskins.hñe'ʼLcpkpc'ʼOʼ0ʼGʼrf gt

                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-31594

Case Name: BISCHOFF'S MEDICAL SUPPLIES, INC.

Period Ending: 12/20/10

Trustee: (007880) Janina M. Hoskins

Filed (f) or Converted (c): 01/12/10 (c)

§341(a) Meeting Date: 02/17/10

Claims Bar Date: 05/18/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>  Orig. Asset Memo: Bank of America post-petition Ch. 11 account- payroll<br>; | 0.00 | 0.00 | | 69.42 | FA |
| 2 | BANK ACCOUNTS<br>  Orig. Asset Memo: Chapter 11 DIP operatating account turnover- Bank of America General Operating; | 0.00 | 239.00 | | 239.89 | FA |
| 3 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 26,600.00 | 26,600.00 | | 26,600.00 | FA |
| 4 | UNDISCLOSED ASSET  (u)<br>  Discovery card processing funds re credit card processing holdback | 0.00 | 5,816.55 | | 5,816.55 | FA |
| 5 | INTERESTS IN INSURANCE POLICIES | 0.00 | 834.00 | | 834.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES | 0.00 | 7,640.00 | | 7,640.00 | FA |
| 7 | BANK ACCOUNTS<br>  pre-petition bank account- Washington Mutual | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | ACCOUNTS RECEIVABLE<br>  pre-petition account receivables per amended B | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | MISC<br>  mailing list- sold in C. 11 cse | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES<br>  2 Delivery Vans- pre-petition | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | LEASEHOLD IMPROVEMENTS<br>  Fixtures- no value to estate, post-petiton rent, fixtures, sale during C. 11 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | INVENTORY<br>  pre-petition inventory- no value upon conversion- Ct. approved sale in C. 11 | 95,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 20.14 | Unknown |
| 13 | Assets  Totals (Excluding unknown values) | $151,100.00 | $41,129.55 | | $41,220.00 | $0.00 |

**Major Activities Affecting Case Closing:**

2/23/10- f.u. re turnover of funds

5/21/10- jme case review, import claims

9/20/10- review claims

Case: 09-31594   Doc# 81   Filed: 03/16/11   Entered: 03/16/11 15:49:49   Page 3 of 17

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-31594

Case Name: BISCHOFF'S MEDICAL SUPPLIES, INC.

Period Ending: 12/20/10

Trustee: (007880) Janina M. Hoskins

Filed (f) or Converted (c): 01/12/10 (c)

§341(a) Meeting Date: 02/17/10

Claims Bar Date: 05/18/10

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/18/10- f.u. re closing status- Form 1 and 2 to accountant

Initial Projected Date Of Final Report (TFR):       March 31, 2011

Current Projected Date Of Final Report (TFR):       December 21, 2010  (Actual)

_____
December 20, 2010

Date

/s/ Janina M. Hoskins
_____

Janina M. Hoskins

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 09-31594
Case Name: BISCHOFF'S MEDICAL SUPPLIES, INC.

Taxpayer ID #: 94-3409520
Period Ending: 12/20/10

Trustee: Janina M. Hoskins (007880)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: 312-2573560-65 - Money Market Account
Blanket Bond: $8,750,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/10 | {2} | Bank of America | bank account turnover 3755566236- general operating | 1129-000 | 239.89 | | 239.89 |
| 01/21/10 | {1} | Bank of America | bank account turnover 3755566249- payroll account | 1129-000 | 69.42 | | 309.31 |
| 02/11/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2010 FOR CASE #09-31594, 2010 Bond payment  Bond 016030864 Voided on 04/14/10 | 2300-000 | | 0.73 | 308.58 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 308.59 |
| 03/01/10 | {3} | Campeau Goodsell, Trust Account | turnover of funds received during C. 11case from sale of personal property | 1129-000 | 26,600.00 | | 26,908.59 |
| 03/29/10 | 1002 | Franchise Tax Board | 2010 Form 100-ES  FEIN  94-3409520 | 2820-000 | | 800.00 | 26,108.59 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.07 | | 26,109.66 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.18 | | 26,109.84 |
| 04/06/10 | | Wire out to BNYM account 000257356065 | Wire out to BNYM account 000257356065 | 9999-000 | -26,109.84 | | 0.00 |
| 04/14/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2010 FOR CASE #09-31594, 2010 Bond payment  Bond 016030864 Voided: check issued on 02/11/10 | 2300-000 | | -0.73 | 0.73 |
| 04/16/10 | | Wire out to BNYM account 000257356065 | Wire out to BNYM account 000257356065 | 9999-000 | -0.73 | | 0.00 |

| | | | ACCOUNT TOTALS | | 800.00 | 800.00 | $0.00 |
| | | | Less: Bank Transfers | | -26,110.57 | 0.00 | |
| | | | Subtotal | | 26,910.57 | 800.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,910.57 | $800.00 | |

{} Asset reference(s)

Printed: 12/20/2010 03:22 PM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 09-31594

Case Name: BISCHOFF'S MEDICAL SUPPLIES, INC.

Taxpayer ID #: 94-3409520

Period Ending: 12/20/10

Trustee: Janina M. Hoskins (007880)

Bank Name: The Bank of New York Mellon

Account: 9200-02573560-19 - Trustee Investment Acct

Blanket Bond: $8,750,000.00 (per case limit)

Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | FUNDING ACCOUNT:<br>92000257356065 | transfer to CD | 9999-000 | 35,000.00 | | 35,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.44 | | 35,003.44 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 4.46 | | 35,007.90 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 4.45 | | 35,012.35 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 35,012.63 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 35,012.92 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 35,013.20 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 35,013.20 | 0.00 | $35,013.20 |
| Less: Bank Transfers | | 35,000.00 | 0.00 |
| Subtotal | | 13.20 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $13.20 | $0.00 |

{} Asset reference(s)

Printed: 12/20/2010 03:22 PM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 09-31594
Case Name: BISCHOFF'S MEDICAL SUPPLIES, INC.

Taxpayer ID #: 94-3409520
Period Ending: 12/20/10

Trustee: Janina M. Hoskins (007880)
Bank Name: The Bank of New York Mellon
Account: 9200-02573560-65 - Money Market Account
Blanket Bond: $8,750,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | {5} | Republic Indemnity Company of America | woerk's compensation insurance cancellation post audit refund~~policy no. 15407409 | 1129-000 | 834.00 | | 834.00 |
| 04/06/10 | {6} | Republic Indemnity Company of America | worker's compensation insurance cancellation post audit refund~~policy no. 15407408 | 1129-000 | 7,640.00 | | 8,474.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312257356065 | Wire in from JPMorgan Chase Bank, N.A. account 312257356065 | 9999-000 | 26,109.84 | | 34,583.84 |
| 04/12/10 | {4} | Discovery Financial Services | Turnover of merchant account hold back- 6011 01386032658 | 1229-000 | 5,816.55 | | 40,400.39 |
| 04/14/10 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2010 FOR CASE #09-31594, 2010 Blanket Bond No. 0160864 | 2300-000 | | 83.61 | 40,316.78 |
| 04/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312257356065 | Wire in from JPMorgan Chase Bank, N.A. account 312257356065 | 9999-000 | 0.73 | | 40,317.51 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.83 | | 40,319.34 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.40 | | 40,321.74 |
| 06/04/10 | | ACCOUNT FUNDED: 92000257356019 | transfer to CD | 9999-000 | | 35,000.00 | 5,321.74 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 5,322.45 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,322.76 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,323.07 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,323.11 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,323.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,323.19 |

| | | Receipts | Disbursements | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 40,406.80 | 35,083.61 | $5,323.19 |
| Less: Bank Transfers | | 26,110.57 | 35,000.00 | |
| Subtotal | | 14,296.23 | 83.61 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $14,296.23 | $83.61 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-2573560-65 | 26,910.57 | 800.00 | 0.00 |
| TIA # 9200-02573560-19 | 13.20 | 0.00 | 35,013.20 |
| MMA # 9200-02573560-65 | 14,296.23 | 83.61 | 5,323.19 |
| | $41,220.00 | $883.61 | $40,336.39 |

December 20, 2010
_____
Date

/s/ Janina M. Hoskins
_____
Janina M. Hoskins

{} Asset reference(s)

Printed: 12/20/2010 03:22 PM   V.12.54

# Claims Register

## Case: 09-31594   BISCHOFF'S MEDICAL SUPPLIES, INC.

Claims Bar Date:  05/18/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Janina M. Elder<br>P.O. Box 158<br>Middletown, CA 95461<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>01/12/10 | | $4,872.00<br>$4,872.00 | $0.00 | $4,872.00 |
| | INTERNATIONAL SURETIES, LTD.<br>203 CARONDELET ST.<br>New Orleans, LA 70130<br><2300-00 Bond Payments>, 200 | Admin Ch. 7<br>01/12/10 | | $83.61<br>$83.61 | $83.61 | $0.00 |
| | Franchise Tax Board<br>P.O. Bx 942857<br><br>Sacramento, CA 94257-0531<br><2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>01/12/10 | 2010 Corporate tax | $800.00<br>$800.00 | $800.00 | $0.00 |
| | State of California Franchise Tax Board<br>P.O. Box 2952<br><br>Sacramento, CA 95812-2952<br><br><2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>01/12/10 | Request for payment of Admin. expense 02/03/2010: Paid 3/29/10- Check 1002- Duplicate | $800.00<br>$0.00 | $0.00 | $0.00 |
| | Office of the U.S. Trustee<br><2950-00 U.S. Trustee Quarterly Fees>, 200 | Admin Ch. 7<br>01/12/10 | | $3,591.78<br>$3,591.78 | $0.00 | $3,591.78 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS<br>121 SPEAR STREET, SUITE 200<br>San Francisco, CA 94105<br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>01/12/10 | | $2,227.50<br>$2,227.50 | $0.00 | $2,227.50 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS<br>121 SPEAR STREET, SUITE 200<br>San Francisco, CA 94105<br><3220-00 Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>01/12/10 | | $3.12<br>$3.12 | $0.00 | $3.12 |
| | BACHEKI, CROM & CO., CPA'S<br>180 MONTGOMERY ST., SUITE 2340<br>San Francisco, CA 94104<br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>01/12/10 | First and Final Fee App | $6,129.50<br>$6,129.50 | $0.00 | $6,129.50 |
| | BACHEKI, CROM & CO., CPA'S<br>180 MONTGOMERY ST., SUITE 2340<br>San Francisco, CA 94104<br><3420-00 Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>01/12/10 | First and Final Fee App | $164.38<br>$164.38 | $0.00 | $164.38 |

# Claims Register

## Case: 09-31594   BISCHOFF'S MEDICAL SUPPLIES, INC.

Claims Bar Date:   05/18/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | State Board of Equalization P.O. Box 942879 | Admin Ch. 11 01/12/10 | Tax Period 8/1/09-12/29/09 | $26,060.15 $26,060.15 | $0.00 | $26,060.15 |
| | Sacramento, CA 94279-0055 <6820-00  Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter)>, 300 | | | | | |
| | Bank of America - Trustee c/o Carr McClellan P.O. Box 513 Burlingame, CA 94011-0513 | Admin Ch. 11 01/12/10 | Request for payment of Admin. Expense 04/28/10 (Sept- Nov. 2009- C. 11 admin rent unpaid) | $15,027.45 $15,027.45 | $0.00 | $15,027.45 |
| | <6920-00  Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11)>, 300 | | | | | |
| | 1635 Divisadero Medical Building care of McDonough Holland 500 Capitol Mall 18th Floor | Admin Ch. 11 01/12/10 | Request for payment of Admin. Expense 09/23/2009 | $43,843.62 $43,843.62 | $0.00 | $43,843.62 |
| | Sacramento, CA 95814 <6920-00  Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11)>, 300 | | | | | |
| 1 -2 | Farrow Medical 801 N Bryan Ave Bryan, TX 77803 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 06/19/09 | | $1,372.79 $1,372.79 | $0.00 | $1,372.79 |
| 2 | Cardinal Scale P.O. Box 151 Webb City, MO 64870 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 06/19/09 | | $317.01 $317.01 | $0.00 | $317.01 |
| 3 | Creditors Specialty Service PO Box 764 Acton, CA 93510 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 06/23/09 | | $14,058.93 $14,058.93 | $0.00 | $14,058.93 |
| 4 | Sammons Preston 100 Remington Blvd, Ste 210 Boilingbrook, IL 60440 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 06/23/09 | | $1,139.37 $1,139.37 | $0.00 | $1,139.37 |
| 5 | Sunrise Medical 7477 East Dry Creek Parkway Longmont, CO 80503 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 06/23/09 | | $5,632.60 $5,632.60 | $0.00 | $5,632.60 |
| 6 | HARVY Surgincal Supply Corp. 34-35 Collins Place Flushing, NY 11354 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 06/23/09 | | $973.82 $973.82 | $0.00 | $973.82 |

# Claims Register

### Case: 09-31594    BISCHOFF'S MEDICAL SUPPLIES, INC.

Claims Bar Date:   05/18/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | SMUD<br>PO Box 15830, Mail Stop A253<br>Sacramento, CA 95852-1830<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/26/09 | | $163.72<br>$163.72 | $0.00 | $163.72 |
| 8 | Sunrise Medical<br>7477 East Dry Creek Parkway<br>Longmont, CO 80503<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/29/09 | | $5,632.60<br>$5,632.60 | $0.00 | $5,632.60 |
| 9 | Pride Mobility Products Corporation<br>182 Susquehanna Avenue<br>Exeter, PA 18643<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/07/09 | | $334.09<br>$334.09 | $0.00 | $334.09 |
| 10 | Washington Mutual Bank<br>Risk Containment<br>990 S. Second Street<br>Coos Bay, OR 97420<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/20/09 | | $20,069.25<br>$20,069.25 | $0.00 | $20,069.25 |
| 11 | Sure West<br>915 Highland Pointe Dr. Ste 400<br>Roseville, CA 95678<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/15/09 | | $17,304.85<br>$17,304.85 | $0.00 | $17,304.85 |
| 12 | Pedifix<br>310 Guinea Rd.<br>Bewster, NY 10509<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/27/09 | | $678.43<br>$678.43 | $0.00 | $678.43 |
| 13 | San Francisco Chronicle<br>801 Texas Ave.<br>Houston, TX 77002<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/09 | | $1,626.30<br>$1,626.30 | $0.00 | $1,626.30 |
| 14 -2 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>08/06/09 | | $200.00<br>$200.00 | $0.00 | $200.00 |
| 15 | Juzo<br>P.O. Box 1088<br>Cuyahoga Falls, OH 44223<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/15/09 | | $38,665.52<br>$38,665.52 | $0.00 | $38,665.52 |
| 16 | Drive Medical<br>P.O. Box 798019<br>St. Louis, MO 63179<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/29/09 | | $19,831.05<br>$19,831.05 | $0.00 | $19,831.05 |

# Claims Register

## Case: 09-31594    BISCHOFF'S MEDICAL SUPPLIES, INC.

Claims Bar Date:    05/18/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17P | State Board of Equalization P.O. Box 942879 Sacramento, CA 94279 <5800-00   Claims of Governmental Units>,  570 | Priority 09/28/09 | | $8,810.54 $8,810.54 | $0.00 | $8,810.54 |
| 17U | State Board of Equalization P.O. Box 942879 Sacramento, CA 94279 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/28/09 | | $6,860.69 $6,860.69 | $0.00 | $6,860.69 |
| 18 | Medical Depot c/o LAMB & MICHAEL, A Professional Corpo 1314 G Street Modesto, CA 95354 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/01/09 | | $19,831.05 $19,831.05 | $0.00 | $19,831.05 |
| 19 | Invacare Corporation & its Affiliates c/o Fred Bougher, Esq. Invacare Corporation,1320 Taylor Street Elyria, OH 44039 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/05/09 | | $54,071.20 $54,071.20 | $0.00 | $54,071.20 |
| 20 | R-Wilde Horse Ranch c/o Pro Solutions P.O. Box 311 Pittsburg, CA 94565 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 10/16/09 | retain collateral | $14,705.65 $0.00 | $0.00 | $0.00 |
| 21 | Corrective Concepts 3038 Talisman Dr. Dallas, TX 75229-3703 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/20/09 | | $233.34 $233.34 | $0.00 | $233.34 |
| 22P | Employment Development Department Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 <5800-00   Claims of Governmental Units>,  570 | Priority 11/04/09 | | $1,507.03 $1,507.03 | $0.00 | $1,507.03 |
| 22U | Employment Development Department Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/04/09 | | $184.90 $184.90 | $0.00 | $184.90 |
| 23 | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95813-2952 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/19/09 | | $250.00 $250.00 | $0.00 | $250.00 |

# Claims Register

## Case: 09-31594   BISCHOFF'S MEDICAL SUPPLIES, INC.

Claims Bar Date:   05/18/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 24 | ROHO Inc<br>100 N Florida Ave<br>PO Box 658<br>Belleville, IL 62222<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/21/09 | | $224.61<br>$224.61 | $0.00 | $224.61 |
| 25 | Corrective Concepts<br>3038 Talisman Dr.<br>Dallas, TX 75229-3703<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/25/10 | | $233.34<br>$233.34 | $0.00 | $233.34 |
| 26 | FLA<br>P.O. Box 277810<br>Miramar, FL 33027-7810<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/29/10 | | $14,841.98<br>$14,841.98 | $0.00 | $14,841.98 |
| 27 | ROHO Inc<br>100 N Florida Ave<br>PO Box 658<br>Belleville, IL 62222<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/02/10 | | $224.61<br>$224.61 | $0.00 | $224.61 |
| 28 | Medline Industries, Inc.<br>Attn: Anne Kisha<br>One Medline Place<br>Mundelein, IL 60060<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/18/10 | | $15,231.76<br>$15,231.76 | $0.00 | $15,231.76 |
| 29 | Wurlitzer Trust, et al.,<br>c/o Jennifer C. Johnson, Esq.,Carr,<br>McClellan, Ingersoll, Thompson & H,216 P<br>Burlingame, CA 94010<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/28/10 | | $16,873.35<br>$16,873.35 | $0.00 | $16,873.35 |
| 30 | Apex Medical dba Carex Health Brands<br>Carex Health Brands<br>PO Box 2526<br>Sioux Falls, SD 57101-2526<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/22/10 | | $114.44<br>$114.44 | $0.00 | $114.44 |
| 31 -2 | 1635 Divisadero St. Med. Bldg, LLC<br>c/o Mark Gorton,McDonough Holland &<br>Allen PC,Attorneys at Law,500 Capitol Ma<br>Sacramento, CA 95814<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/27/10 | | $158,296.04<br>$158,296.04 | $0.00 | $158,296.04 |
| 32 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/05/10 | | $498.26<br>$498.26 | $0.00 | $498.26 |

# Claims Register

## Case: 09-31594    BISCHOFF'S MEDICAL SUPPLIES, INC.

Claims Bar Date:    05/18/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 33 | Invacare Corporation & its Affiliates<br>c/o Fred Bougher, Esq.<br>Invacare Corporation,1320 Taylor Street<br>Elyria, OH 44039<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/20/10 | | $54,071.20<br>$54,071.20 | $0.00 | $54,071.20 |
| 100 | State Board of Equalization<br>P.O. Box 942879<br><br>Sacramento, CA 94279-0055<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/12/10 | Interest from 1/12/10-05/19/10 | $445.60<br>$445.60 | $0.00 | $445.60 |

|  |  | **Case Total:** | **$883.61** | **$582,723.77** |
|---|---|---|---|---|

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 09-31594
Case Name: BISCHOFF'S MEDICAL SUPPLIES, INC.
Trustee Name: Janina M. Hoskins

**Balance on hand:**     $     40,336.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $     0.00
Remaining balance:    $     40,336.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janina M. Elder | 4,872.00 | 0.00 | 4,872.00 |
| Attorney for Trustee, Fees - LUCE, FORWARD, HAMILTON & SCRIPPS | 2,227.50 | 0.00 | 2,227.50 |
| Attorney for Trustee, Expenses - LUCE, FORWARD, HAMILTON & SCRIPPS | 3.12 | 0.00 | 3.12 |
| Accountant for Trustee, Fees - BACHEKI, CROM & CO., CPA'S | 6,129.50 | 0.00 | 6,129.50 |
| Accountant for Trustee, Expenses - BACHEKI, CROM & CO., CPA'S | 164.38 | 0.00 | 164.38 |
| Fees, United States Trustee | 3,591.78 | 0.00 | 3,591.78 |

Total to be paid for chapter 7 administration expenses:    $     16,988.28
Remaining balance:    $     23,348.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: 1635 Divisadero Medical Building care of McDonough Holland | 43,843.62 | 0.00 | 12,052.88 |
| Other Expenses: Bank of America - Trustee | 15,027.45 | 0.00 | 4,131.14 |
| Other Expenses: State Board of Equalization | 26,060.15 | 0.00 | 7,164.09 |

Total to be paid for prior chapter administrative expenses:    $     23,348.11
Remaining balance:    $     0.00

Case: 09-31594   Doc# 81   Filed: 03/16/11   Entered: 03/16/11 15:49:49   Page 14 of 17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,517.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 -2 | INTERNAL REVENUE SERVICE | 200.00 | 0.00 | 0.00 |
| 17P | State Board of Equalization | 8,810.54 | 0.00 | 0.00 |
| 22P | Employment Development Department | 1,507.03 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 469,841.10 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Farrow Medical | 1,372.79 | 0.00 | 0.00 |
| 2 | Cardinal Scale | 317.01 | 0.00 | 0.00 |
| 3 | Creditors Specialty Service | 14,058.93 | 0.00 | 0.00 |
| 4 | Sammons Preston | 1,139.37 | 0.00 | 0.00 |
| 5 | Sunrise Medical | 5,632.60 | 0.00 | 0.00 |
| 6 | HARVY Surgincal Supply Corp. | 973.82 | 0.00 | 0.00 |
| 7 | SMUD | 163.72 | 0.00 | 0.00 |
| 8 | Sunrise Medical | 5,632.60 | 0.00 | 0.00 |
| 9 | Pride Mobility Products Corporation | 334.09 | 0.00 | 0.00 |
| 10 | Washington Mutual Bank | 20,069.25 | 0.00 | 0.00 |
| 11 | Sure West | 17,304.85 | 0.00 | 0.00 |
| 12 | Pedifix | 678.43 | 0.00 | 0.00 |
| 13 | San Francisco Chronicle | 1,626.30 | 0.00 | 0.00 |
| 15 | Juzo | 38,665.52 | 0.00 | 0.00 |
| 16 | Drive Medical | 19,831.05 | 0.00 | 0.00 |
| 17U | State Board of Equalization | 6,860.69 | 0.00 | 0.00 |
| 18 | Medical Depot | 19,831.05 | 0.00 | 0.00 |
| 19 | Invacare Corporation & its Affiliates | 54,071.20 | 0.00 | 0.00 |
| 21 | Corrective Concepts | 233.34 | 0.00 | 0.00 |

UST Form 101-7-TFR (10/1/2010)

Case: 09-31594   Doc# 81   Filed: 03/16/11   Entered: 03/16/11 15:49:49   Page 15 of 17

| | | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22U | Employment Development Department | 184.90 | 0.00 | 0.00 |
| 23 | Franchise Tax Board | 250.00 | 0.00 | 0.00 |
| 24 | ROHO Inc | 224.61 | 0.00 | 0.00 |
| 25 | Corrective Concepts | 233.34 | 0.00 | 0.00 |
| 26 | FLA | 14,841.98 | 0.00 | 0.00 |
| 27 | ROHO Inc | 224.61 | 0.00 | 0.00 |
| 28 | Medline Industries, Inc. | 15,231.76 | 0.00 | 0.00 |
| 29 | Wurlitzer Trust, et al., | 16,873.35 | 0.00 | 0.00 |
| 30 | Apex Medical dba Carex Health Brands | 114.44 | 0.00 | 0.00 |
| 31 -2 | 1635 Divisadero St. Med. Bldg, LLC | 158,296.04 | 0.00 | 0.00 |
| 32 | Employment Development Department | 498.26 | 0.00 | 0.00 |
| 33 | Invacare Corporation & its Affiliates | 54,071.20 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: **$** 0.00

Remaining balance: **$** 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00

Remaining balance: **$** 0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: **$** 0.00

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $445.60. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.